EEOC No. 510-2026-05378 | FEPA No.

# CHARGE OF DISCRIMINATION

Form 5 (06/24)

This form is affected by the Privacy Act of 1974.
See attached Privacy Act Statement and other information before completing this form.

| CHARGE PRESENTED TO: | AGENCY CHARGE NO. |
|---|---|
| EEOC | 510-2026-05378 |

Name *(indicate Mr., Ms., Mrs., Miss, Dr., Hon., Rev.)*: Mr. Charles W. Owens

Phone No.:        (912) 255-1568
Year of Birth:      1979
Mailing Address: 2823 Springdale Road
Brunswick, GA 31520

Named below is the Employer, Labor Organization, Employment Agency, Apprenticeship Committee, or State or Local Government Agency that I believe discriminated against me or others.

Name: Weiser Security Services, Inc.

No. Employees, Members: 201 - 500 Employees

Phone No.: (770) 458-5841

Mailing Address: 3301 Buckeye Road Suite 403

Atlanta, GA 30341, UNITED STATES OF AMERICA

Name:

No. Employees, Members:

Phone No.:

Mailing Address:

DISCRIMINATION BASED ON:

Race, Retaliation

DATE(S) DISCRIMINATION TOOK PLACE

Earliest: 01/26/2026

Latest: 02/11/2026

THE PARTICULARS ARE:

I.I was hired by the above-named employer on or around March 4, 2025, as a Security Guard. On or around January 26, 2026, I reported an incident that had occurred, and due to the incident I went to the Emergency Room the following day after my shift due to feeling unwell. I was discharged on or around February 13, 2026.

II.I was told I was discharged because of reporting the incident.

III.I believe I have been discriminated and retaliated against because of my race, African American, in violation of Title VII of the Civil Rights Act of 1964, as amended.



| Event Id | Recorded By | Site Name | | | | Type |
|---|---|---|---|---|---|---|
| | C/o Charles Owens | GP Brunswick Cellulose | | | | Security |

| Reported Date | Reported Time | Start Date | Start Time | End Date | End Time |
|---|---|---|---|---|---|
| 1-26-26 | 2302 pm | 1-26-26 | 2230 | 1-27-26 | 600 Am |

| Building Location | Specific Area | Specific Area Details |
|---|---|---|
| 1400 9th St Brunswick, GA 31520 | Hydrogen Sulfide Evaporator | Recirculation Pumps/ Black Liquor area |

**Narrative:**

I Officer Owens was patroling in the vicinity of the Hydrogen Sulfide Evaporator Recirculation pumps area Adjacent to the black liquor area when I noticed a flashing red light and a poten Hydrogen Sulfide gas odor that Caused my eyes to burn, drew in noise, and induced nausea, resulting in vomitting for awhile and dizziness and my throat was burning I informed my supervise about this situation, which recurs daily during my shift by strong gas smells Also Clo2 Alarm was going off at the same time with a strong smell also I am going to get check out at the hospital because I still feel dizzy and blury

**Attach Pitchers:** (if applicable)

| Classification | Category | Subcategory | Event Type |
|---|---|---|---|
| Security | Complaint | Other | Other |

Reporting Officer Signature: *Charles Owens*

Supervisor Officer Signature:

