Hospital Records

| | |
|---|---|
| Southeast Georgia Health System | OWENS, CHARLES WELESY EARL |
| SGHS - Brunswick Campus | DOB: 8/12/1979 |
| 2415 Parkwood Drive | FIN:  14269235 |
| Brunswick    GA         31520-4722 | MRN: 1000122475 |

## Emergency Department Documentation

Patient:  **OWENS, CHARLES WELESY EARL**          MRN: 1000122475          FIN: 14269235
Age:  **46 years**    Sex: **Male**    DOB: **8/12/1979**
Associated Diagnoses:  **Mild nausea and vomiting**
Author:  **Crabb FNP-C, Gabrel**

**Basic Information**
   Time seen: Date & time 1/27/2026 9:40:00 AM.
   History source: Patient.
   Arrival mode: Private vehicle.
   History limitation: None.
   Additional information: Patient's physician(s): None.

**History of Present Illness**
   The patient presents with 46-year-old male presents to the emergency department for complaints of nausea vomiting and loose stool.  Patient reports onset was approximately 1030 last night he was at work as a security guard at Georgia Pacific reports that hydrogen sulfide alarm went off when he smelled the gas call sudden onset of nausea and vomiting which eventually turned into loose stool which is abnormal for the patient.  Patient is denying any chest pain or shortness of breath no respiratory symptoms no abdominal pain just intermittent cramping.  Patient denies any other symptoms not listed denies any other concern.  The course/duration of symptoms is improving.  The degree at present is minimal.  The exacerbating factor is none.  The relieving factor is none.  Therapy today: none.  Associated symptoms: diarrhea. Additional history: none.

**Review of Systems**
   **Constitutional symptoms:** Negative except as documented in HPI.
   **Skin symptoms:** Negative except as documented in HPI.
   **Eye symptoms:** Negative except as documented in HPI.
   **ENMT symptoms:** Negative except as documented in HPI.
   **Respiratory symptoms:** Negative except as documented in HPI.
   **Cardiovascular symptoms:** Negative except as documented in HPI.
   **Gastrointestinal symptoms:** Negative except as documented in HPI.
   **Genitourinary symptoms:** Negative except as documented in HPI.
   **Musculoskeletal symptoms:** Negative except as documented in HPI.
   **Neurologic symptoms:** Negative except as documented in HPI.
   **Psychiatric symptoms:** Negative except as documented in HPI.
   **Endocrine symptoms:** Negative except as documented in HPI.
   **Hematologic/Lymphatic symptoms:** Negative except as documented in HPI.
   **Allergy/immunologic symptoms:** Negative except as documented in HPI.
      **Additional review of systems information:** All other systems reviewed and otherwise negative.

**Health Status**
   **Allergies:**
      Allergic Reactions (Selected)
         No Known Allergies.

**Past Medical/ Family/ Social History**

Lab Result Legend: * (Abnormal) C (Critical) c (Corrected) L (Low) H (High) ^ (Interpretive Data) @ (Reference Lab) f (Footnotes)

Southeast Georgia Health System
SGHS - Brunswick Campus
2415 Parkwood Drive
Brunswick    GA        31520-4722

OWENS, CHARLES WELESY EARL
DOB: 8/12/1979
FIN:  14269235
MRN: 1000122475

## *Discharge Information*

Acuity 3                        Reg Status In Process                        Disposition

## VITALS INFORMATION

| Vital Sign | Triage | Latest |
|---|---|---|
| Blood Pressure | / | / |
| Pulse | | |
| Respiratory | | |
| Temperature | | |
| O2 Sat | | |
| Pain | | |

## PATIENT EDUCATION INFORMATION

Instructions:
   Nausea and Vomiting, Adult, Easy-to-Read

Follow up:

| **With:** | **Address:** | **When:** |
|---|---|---|
| Elizabeth Watson | Southeast Georgia Physician Associates, Primary Care - Glynn, 2916 Glynn Ave Brunswick, GA 31520 912-466-5850 Business (1) | Within 72 hours, call to schedule appointment |

**Comments:**
Call your primary care provider soon as your discharge and arrange follow-up appointment. In the interim medication as prescribed for nausea monitor your symptoms closely if you have any further concerns return to emergency room

Printed By:  Morris ,Jessica
Print Date/Time:  2/2/2026 14:17 EST
Report Request_ID:  49668919

Page 18 of 19

Admit:    1/27/2026        09:08 EST
Discharge:  1/27/2026        11:58 EST
Admit DR:

Lab Result Legend: * (Abnormal) C (Critical) c (Corrected) L (Low) H (High) ^ (Interpretive Data) @ (Reference Lab) f (Footnotes)