Area 5 Land Field
Transit AC Pipes
Crack And Crumpling
Into the River And The Mill
Fibers Concern into Products
that is made Around the World

Sulf Acid Smell From
Circulation Hydrogen H2S
Pumps that causing smell
Threw Out Bronswick, GA

















May 23, 2025
3:35 PM



0:07 / 0:35

