# WEISER SECURITY SERVICES, INC.

## SECURITY REPORT

Page _1_ of _____

Name: **Charles Owens**

Date 12/16/25

Shift: _____ AM to 600 AM
2200 PM to _____ PM

Post: **Patrol 2**   Address **G.P**

Relieved Officer

Name: **Lockwood**   at _____ AM
at _____ PM

LIST ITEM NUMBER THAT IDENTIFIES CONDITION UNDER ITEM NO. BELOW

NUMBER OF KEYS RECEIVED

| | | |
|---|---|---|
| 1. Accident | 7. Fire Incident | 13. Janitorial |
| 2. Alarms | 8. Fire Extinguishers | 14. Keys |
| 3. Delivery | 9. Fire Hazard | 15. Leaks |
| 4. Disturbances | 10. Fence | 16. Lights |
| 5. Doors | 11. Gate | 17. Locks |
| 6. Equipment | 12. Injury | 18. Maintenance |

| | |
|---|---|
| 19. parking violations | 25. Unlocked/Open |
| 20. Police on Site | 26. Vandalism |
| 21. Post Inspection | 27. Visitors |
| 22. Suspicious Person | 28. Weather Conditions |
| 23. Theft | 29. Windows |
| 24. Trash/Waste | 30. Other |

| TIME | LOCATION OF INCIDENT OR CONDITION | ITEM NO. | DETAILS   IS INCIDENT REPORT ATTCHED? YES ___ NO |
|---|---|---|---|
| 2237 | S. Diesel | | Pump not running |
| 2254 | Warehouse 3 | | Couldn't Check because Foam Spill |
| 2255 | Dock 9 | | Major Foam spill threw out |
| 2300 | Vip Gate | | 457, Secure |
| 2301 | Data Process | | 459, Secure |
| 2304 | Quality | | 502, Secure |
| 2305 | N. Diesel | | Pump off |
| 2400 | S. Diesel | | Pump off |
| 001 | N. Diesel | | Pump not running |
| 002 | S. Diesel | | Pump off |
| 003 | N. Diesel | | Pump off |
| 004 | S. Diesel | | Pump off |
| 005 | N. Diesel | | Pump off |
| 006 | Gate 2 | | % Owens Incident Report |
| | | | It was a major Foam spilling threw out Recovery Area this is a serious health Concen I think EPA needs to check this out, thank you for your understanding time was at 1:00am |

Operation Inspected By:
Signed **Charles Owens**
Comments _____ N/A

Time In: 2200 AM/PM
Time Out: 0600 AM/PM Date 12/17/25

WSS-201



