# WEISER SECURITY SERVICES, INC.

**SECURITY REPORT**

Page _____1_____ of _____

| | |
|---|---|
| Name: 62461 | Charles Owens |
| Date: 11 / 25 / 25 | Shift: _____ AM to 1000 AM / 2200 PM to _____ PM |
| Post: Patrol 2 | Address: G.P |
| Relieved Officer Name: _____ at _____ AM / at _____ PM |

**LIST ITEM NUMBER THAT IDENTIFIES CONDITION UNDER ITEM NO. BELOW**

| | | | |
|---|---|---|---|
| 1. Accident | 7. Fire Incident | 13. Janitorial | 19. parking violations |
| 2. Alarms | 8. Fire Extinguishers | 14. Keys | 20. Police on Site |
| 3. Delivery | 9. Fire Hazard | 15. Leaks | 21. Post Inspection |
| 4. Disturbances | 10. Fence | 16. Lights | 22. Suspicious Person |
| 5. Doors | 11. Gate | 17. Locks | 23. Theft |
| 6. Equipment | 12. Injury | 18. Maintenance | 24. Trash/Waste |

**NUMBER OF KEYS RECEIVED**

| | |
|---|---|
| 25. Unlocked/Open | |
| 26. Vandalism | |
| 27. Visitors | |
| 28. Weather Conditions | |
| 29. Windows | |
| 30. Other | |

| TIME | LOCATION OF INCIDENT OR CONDITION | ITEM NO. | DETAILS — IS INCIDENT REPORT ATTCHED? YES __ NO __ |
|---|---|---|---|
| 2225 | S. Diesel | | Pump not running |
| 2306 | Warehouse 3 | | Secure ; 357 |
| 153 | Recovery 2/3 | | Secure ; 400 |
| 154 | Vip. Gate | | Secure ; |
| 158 | Data Process | | Secure ; |
| 159 | Quality | | Secure ; |
| 2300 | N. Diesel | | Pump not running |
| 2400 | S. Diesel | | Pump not running |
| 001 | N. Diesel | | Pump not running |
| 002 | S. Diesel | | Pump not running |
| 003 | N. Diesel | | Pump not running |
| 004 | S. Diesel | | Pump not running |
| 005 | N. Diese | | Pump not running |
| 006 | S. Diese | | Pump not running |
| 007 | N. Diesel | | Pump not running |
| 008 | S. Diese | | Pump not running |
| 009 | N. Diesel | | Pump not running |
| 1000 | Gate 2 | | ~~xxxxxxxxxxx~~ C/O Owens off Duty, nothing new to pass down, but the same problems, and concerns that I already raised |

Operation Inspected By:
Signed _Charles Owens_

Time In: 2200 AM/PM
Time Out: 1000 AM/PM  Date 11/25/25

Comments _____

WSS-201



**WEISER SECURITY**
**SERVICES, INC.**

SECURITY REPORT

Page __1__ of __2__

| Name: | Charles Owens | Date 11/26/25 | Shift: |
|---|---|---|---|
| | | | ____ AM to 1000 AM |
| Post: Patrol 2 | Address G.P | | 2200 PM to ____ PM |
| | | Relieved Officer | |
| | | | at ____ AM |
| | | Name: | at ____ PM |

**LIST ITEM NUMBER THAT IDENTIFIES CONDITION UNDER ITEM NO. BELOW**

| | | | NUMBER OF KEYS RECEIVED | |
|---|---|---|---|---|
| 1. Accident | 7. Fire Incident | 13. Janitorial | 19. parking violations | 25. Unlocked/Open |
| 2. Alarms | 8. Fire Extinguishers | 14. Keys | 20. Police on Site | 26. Vandalism |
| 3. Delivery | 9. Fire Hazard | 15. Leaks | 21. Post Inspection | 27. Visitors |
| 4. Disturbances | 10. Fence | 16. Lights | 22. Suspicious Person | 28. Weather Conditions |
| 5. Doors | 11. Gate | 17. Locks | 23. Theft | 29. Windows |
| 6. Equipment | 12. Injury | 18. Maintenance | 24. Trash/Waste | 30. Other |

| TIME | LOCATION OF INCIDENT OR CONDITION | ITEM NO. | DETAILS — IS INCIDENT REPORT ATTACHED? YES ___ NO ___ |
|---|---|---|---|
| 1000 | Gate 2 | | I am compelled to report a concerning situation, wherein high turbine steam from the boiler is emitting dark smoke with a potent odor, prompting nausea! Furthermore, Warehouse 3 is releasing a mist of wet substance into the air, coupled with an extremely loud noise, resulting in ear discomfort, throat and tongue irritation, and a lingering chemical taste. I kindly request a prompt investigation into this matter which has persisted since October. Thank you, Thank you for your understanding 9/0 Officer Owens |

Operation Inspected By:
Signed _Charles Owens_
N/A

Comments ____

WSS-201

Time In: 2200 AM/PM
Time Out: 1000 AM/PM Date 11/26/25



