

| Event Id | Recorded By | Site Name | | Type |
|---|---|---|---|---|
| | | GP Brunswick Cellulose | | Security |

| Reported Date | Reported Time | Start Date | Start Time | End Date | End Time |
|---|---|---|---|---|---|
| 1/8/26 | 5:05 AM | 1/7/26 | 10:00pm | 1/8/26 | 6:00 AM |

| Building Location | Specific Area | Specific Area Details |
|---|---|---|
| 1400 9th St Brunswick, GA 31520 | Gate 2 | Gate 2 Parking Area |

**Narrative:**

I officer Owens, Who Works at Gate 2 has Observed a white Substance, presumed to be lime dust, Assomulating on my Car after my 8-hour shifts, this Incident cause my paint to peel threw out the body of my car meaning exterior. This lime Dust is Damaging my 2017 Gensis G-90 and I would like someone to look into this matter everyday I have to take it to the Car Wash to get it clean

**Attach Pitchers:** (if applicable)

| Classification | Category | Subcategory | Event Type |
|---|---|---|---|
| Security | Complaint | Other | Other |

Reporting Officer Signature: *Charles Owens*

Supervisor Officer Signature:

