Food Area By Main Gate

Breakroom

Black liquor Daily remains threw out



