

| TIME | EVENT | LOCATION | INFORMANT | COMMENTS | 911 ARRIVAL/DEPARTURE | DISPATCHER |
|---|---|---|---|---|---|---|
| /28/2025 11:36 | MEDICAL | CLARIFIER | JEFF JOHNSON | MAN OVER HEATED. 911 CALLED | 11:52/12:06 | BELL |
| /31/2025 0:28 | FIRE | WOODYARD SOUTH CRANE | JASON EDMOND | 17:06 CLEAR | | SWEETING |
| /31/2025 16:33 | FIRE | MCC ROOM 24-4&24-5 ON #3 | ETHAN WENDEL | | | HOWELL |
| 8/2/2025 13:25 | FIRE | BARK TP | CODY GREEN | | | BELL |
| 8/6/2025 10:35 | SAFETY | # 5 RECOVERY 8TH FLR | | STUCK IN ELEVATOR | | BELL |
| 8/6/2025 11:35 | SAFETY | # 5 RECOVERY 6TH FLR | | STUCK IN ELEVATOR | | BELL |
| 8/6/2025 18:42 | SAFETY | # 6 RECOVERY 6TH FLR | HOLTON HUFFAKER | STUCK IN ELEVATOR | | HOWELL |
| /14/2025 1:18 | FIRE | AREA 1 SHOP BARK PILE | BRICK | | | SWEETING |
| /16/2025 7:00 | FIRE | AREA 1 SHOP BARK PILE | | | | BELL |
| /16/2025 12:14 | FIRE | AREA 1 SHOP BARK PILE | | | | BELL |
| /27/2025 16:09 | SAFETY | OLD BROWNSTOCK BY DIGESTER | | ELEVATOR STUCK, PEO CLEARED 1613 | | HOWELL |
| 9/4/2025 | SAFETY | LIME KILN | JOHN VANT'LAND | CONTRACTOR HIT W/ HOSE ON BACK | | BELL |
| 9/5/2025 9:41 | FIRE | # 4 PM DRYEND WRAP LINE | ALLEN ROZIER | | | HOWELL |
| 9/5/2025 22:55 | FIRE | WOODYARD STAKER CONVEYOR | JOHN BOATRIGHT | | | SHAW |
| /14/2025 11:47 | FIRE | WOODYARD CHIP PILE | | | | SWEETING |
| /21/2025 15:17 | FIRE | WOODYARD 31 CONVEYOR | JASON EDMOND | | | SWEETING |
| /22/2025 | FIRE | # 3 PM DRY END BEATER | MATTHEW CARVER | FIRE WAS ALREADY OUT NEEDED TO BE CHECKED | | SHAW |
| /22/2025 13:08 | HAZEMAT | MAIN GATE PARKING LOT | | OIL SPILL, JENN CHASSE-FERNALD @ 1311 | | MILLER |
| 10/6/2025 | FIRE | LIME KILN | | | | BELL |
| 10/9/2025 14:50 | HAZEMAT | LOGLINE BY OLDCRANE | JOHN BOATRIGHT | SEMI TRUCK WITH BUSTED FUEL TANK, JENN CHASSE-FERNALD @1455 | | HOWELL |
| 0/12/2025 10:47 | SAFETY | 1ST FLR #4 POWER ELEVATOR | JASON WILLIAMS | ELEVATOR STUCK NO ONE HURT | | SWEETING |
| 0/16/2025 14:47 | HAZEMAT | BY CLARIFIER | BIRDIE HILTON | TRUCK LEAKING FUEL, JENN CHASSE-FERNALD @ 14:54, CLEARED @ 15:22 | | HOWELL |
| 0/16/2025 15:45 | FIRE | 4TH FLR OF #4 POWER | STEVE DAVIS | CLEARED @ 1647 | | HOWELL |
| 0/16/2025 17:48 | SAFETY | GATE 2 GUARD SHACK | JOHNAYE JACKSON | MEDICAL, 911 CALLED @ 1800 | 1806/1815 | HOWELL |
| 0/16/2025 4:10 | FIRE | BROWNSTOCK 5 BLOW PIT | | | | SWEETING |
| 0/22/2025 9:11 | SAFETY | # 6 RECOVERY ELEVATOR | STEVE TUPPER | ELEVATOR STUCK NO ONE HURT | | BELL |
| 0/27/2025 | | | | | | |

TEMPLATE   2020   2021   2022   2023   2024   2025   +

**From:**

**Sent:**

**To:**

**Subject:**

Stone, Summer

Thursday, October 23, 2025 3:54 PM

GEN_GA075Security2

FW: chemical deliveries

**Importance:**    High

Thank You,

Summer Stone

Buyer - Brunswick Cellulose

Office# – 316-828-0063

Cell# - 912-215-2051

Summer.stone@gapac.com



**From:** Stone, Summer

**Sent:** Thursday, October 23, 2025 10:37 AM

**To:** Kirk, Steven E <steve.kirk@GAPAC.com>

**Cc:** LaChapelle, Michael (Consultant) <michael.lachapelle@gapac.com>; Springsteen, Mathew <mathew.springsteen@gapac.com>; Connolly, Michael James <michael.connolly@gapac.com>; Lee, Michael M <Michael.Lee@gapac.com>; Moody, Laneiser (Consultant) <Laneiser.Heck@gapac.com>

**Subject:** chemical deliveries

**Importance:** High

Hey Steve – we are seeing confusion with drivers/suppliers and our team. In a conversation with Solenis this morning, the were under the impression that all chemical trucks go through the scale house. Nalco had refusal of paperwork, so the driver took the paperwork back with him. I am also hearing that drivers aren't selecting the right chemical in the Kiosk and are being directed to the incorrect unloading station. Receiving is not getting paperwork for commodity chemicals that should be in the lock box and wrong weight ticket with wrong truck that was scaled. Just want to make sure that the right people are aware of some issues that we are facing. Also, machines area debond truck that was being sent to fiberline b called a defoamer product, this was caught by our operations people – so great call out to them. I just want to make su that this information gets to the right hands so we can work this out and all be on the same page.

For clear communication -

Solens/Nalco deliveries – these will continue to go through Gate 2 and leave paperwork with Gate 2 – Do I need to provid list of what these chemicals are?

Marc Paden is an account Rep for Solenis

Matt Duggar & Matt Zelie are account representative for Nalco

**Inbound/outbound scaling of chemical trucks applies to the following chemicals –**

1