**WEISER SECURITY SERVICES, INC.**

Page ___1___ of _____

Name: **Charles Owens**    Date 1 , 5 ,26

Shift: _____ AM to **600** AM    **2200** PM to _____ PM

Post: **Patrol**    Address **G.P**

Relieved Officer Name: **Lockwood**    at **600** AM    at _____ PM

LIST ITEM NUMBER THAT IDENTIFIES CONDITION UNDER ITEM NO. BELOW

| | | |
|---|---|---|
| 1. Accident | 7. Fire Incident | 13. Janitorial |
| 2. Alarms | 8. Fire Extinguishers | 14. Keys |
| 3. Delivery | 9. Fire Hazard | 15. Leaks |
| 4. Disturbances | 10. Fence | 16. Lights |
| 5. Doors | 11. Gate | 17. Locks |
| 6. Equipment | 12. Injury | 18. Maintenance |

NUMBER OF KEYS RECEIVED

| | |
|---|---|
| 19. parking violations | 25. Unlocked/Open |
| 20. Police on Site | 26. Vandalism |
| 21. Post Inspection | 27. Visitors |
| 22. Suspicious Person | 28. Weather Conditions |
| 23. Theft | 29. Windows |
| 24. Trash/Waste | 30. Other |

| TIME | LOCATION OF INCIDENT OR CONDITION | ITEM NO. | DETAILS — IS INCIDENT REPORT ATTCHED? YES ___ NO ___ |
|---|---|---|---|
| 2213 | S.Diesel | | Pump off |
| 2235 | Warehouse 3 | | Secure 510 |
| 2237 | Dock 9 | | Secure 511 |
| 2240 | Recovery 2/3 | | Secure 513 |
| 2244 | Vip Gate | | Secure 515 |
| 2243 | Data Process | | Secure 516 |
| 2248 | Quality | | Secure 518 |
| 2300 | N.Diesel | | Pump off |
| 2400 | S.Diesel | | Pump off |
| 100 | N.Diesel | | Pump off |
| 200 | S.Diesel | | ump off |
| 300 | N.Diesel | | Pump off |
| 400 | S.Diesel | | ump off |
| 500 | N.Diesel | | Pump off |
| 600 | Gate 2 | | C/o Owens off Duty |
| | | | During my shift, a significant Flood occurred throughout the storage room area, receiving area, and ClO2 area, as well As other chemical stations where chemicals trucks load and unload chemicals. This flooding persisted throughout my entire shift |

Operation Inspected By

Signed **Charles Owens**

Comments _____

Time In **2200** AM/PM

Time Out **600** AM/PM Date 1 , 5 ,26