# Receiving Area
# Poor Drainage System
# Daily Chemicals Floods

Mix Together Because
OF The Flood Listing

1) Turpentine
2) Clo2 near The Bleach Plant
3) Tail Oil
4) Sodium Bisulfite
5) Caustic

Also These Area Has leaks near
Station





















