

WEISER SECURITY

**WEISER SECURITY SERVICES, INC.**

SECURITY REPORT

Page __1__ of ____

| Name: Charles Owens | Date 12, 8, 25 | Shift: ____ AM to 0600 AM  2200 PM to ____ PM |
|---|---|---|
| Post: Patrol 2 | Address G.P | Relieved Officer Name: Lockwood at ____ AM / at ____ PM |

LIST ITEM NUMBER THAT IDENTIFIES CONDITION UNDER ITEM NO. BELOW

| | | | |
|---|---|---|---|
| 1. Accident | 7. Fire Incident | 13. Janitorial | 19. parking violations | 25. Unlocked/Open |
| 2. Alarms | 8. Fire Extinguishers | 14. Keys | 20. Police on Site | 26. Vandalism |
| 3. Delivery | 9. Fire Hazard | 15. Leaks | 21. Post Inspection | 27. Visitors |
| 4. Disturbances | 10. Fence | 16. Lights | 22. Suspicious Person | 28. Weather Conditions |
| 5. Doors | 11. Gate | 17. Locks | 23. Theft | 29. Windows |
| 6. Equipment | 12. Injury | 18. Maintenance | 24. Trash/Waste | 30. Other |

NUMBER OF KEYS RECEIVED

| TIME | LOCATION OF INCIDENT OR CONDITION | ITEM NO. | DETAILS — IS INCIDENT REPORT ATTACHED? YES __ NO __ |
|---|---|---|---|
| 2207 | S. Diesel | | Pump not running |
| 2245 | Warehouse 3 | | Secure, 502 |
| 2257 | Recovery 2/3 | | Secure, 509 |
| 2259 | Vip Gate | | Secure, 510 |
| 2302 | Data Process | | Door Open, 512 |
| 2304 | Quality | | Secure, 516 |
| 2306 | N. Diesel | | Pump not running |
| 013 | S. Diesel | | Pump not running |
| 001 | N. Diesel | | Pump not running |
| 002 | S. Diesel | | Pump not running |
| 003 | N. Diesel | | Pump not running |
| 004 | S. Diesel | | Pump not running |
| 005 | N. Diesel | | Pump not running |
| 006 | Gate 2 | | During my shift tonight at 10:45 pm, I observed a powerful gas odor emanating from the ClO2 tank at the bleach Plant. Also spills inside the bleach Plant and ha[ve] been present for an extended period. Consequently, I experienced irritation in my eyes and throat, as well as a sever[e] headache. I trust that this incident |

| | |
|---|---|
| Operation Inspected By: Signed Charles Owens | Time In: 2200 AM/PM  Time Out: 0600 AM/PM Date 12, 8, 25 |





