Page ___ of ___

| Name: Charles Owens | Date 11/20/25 | Shift: | AM to 0600 AM |
|---|---|---|---|

2200 PM to ___ PM

| Post: Patrol 2 | Address G.P | Relieved Officer | at ___ AM |
|---|---|---|---|

at ___ PM

Name: ___

LIST ITEM NUMBER THAT IDENTIFIES CONDITION UNDER ITEM NO. BELOW

NUMBER OF KEYS RECEIVED

| 1. Accident | 7. Fire Incident | 13. Janitorial | 19. parking violations | 25. Unlocked/Open |
|---|---|---|---|---|
| 2. Alarms | 8. Fire Extinguishers | 14. Keys | 20. Police on Site | 26. Vandalism |
| 3. Delivery | 9. Fire Hazard | 15. Leaks | 21. Post Inspection | 27. Visitors |
| 4. Disturbances | 10. Fence | 16. Lights | 22. Suspicious Person | 28. Weather Conditions |
| 5. Doors | 11. Gate | 17. Locks | 23. Theft | 29. Windows |
| 6. Equipment | 12. Injury | 18. Maintenance | 24. Trash/Waste | 30. Other |

| TIME | LOCATION OF INCIDENT OR CONDITION | ITEM NO. | DETAILS   IS INCIDENT REPORT ATTCHED? YES   NO |
|---|---|---|---|
| 2219 | S. Diesel | | Pump not running |
| 2231 | Warehouse 3 | | Secure, 0442 |
| 2239 | Recovery 2/3 | | Secure, 0457 |
| 2242 | Vip Gate | | Gate Secure, 0459 |
| 2300 | Data Process | | Door Secure, 0501 |
| 2307 | Quality | | Door Secure |
| 2310 | N. Diesel | | Pump is not on |
| 0000 | S. Diese | | Pump not running |
| 0001 | N. Diese | | Pump is shut off |
| 0002 | S. Diese | | Pump Secure |
| 0003 | N. Diese | | Pump not on |
| 0004 | S. Diese | | Pump is not running |
| 0005 | N. Diese | | Pump is off |
| 0600 | Gate 2 | | C/o Owens off duty |
| | | | Patrol Truck Full of Gas |
| | | | Phone and Radio has been Sanitized |
| | | | Patrol truck been clean inside |
| | | | Also It was a very thick Fog |
| | | | threw out the night it made road |
| | | | Condition hard to see that is |
| | | | also should be a safety Concern |

Inspected By: Charles Owens

Time In: 2200 AM/PM
Time Out: 0600 AM/PM   Date 11/20/25

S-201

# WELSH
## SECURITY SERVICES, INC.

## Vehicle Inspection Report

Date: 12/8/25    Shift Start Mileage: 63296    Shift End Mileage: 63308

Operators Name: Charles Owens

Vehicle Exterior: ___ Dirty    Clean ✓    Vehicle Interior: ___ Dirty    Clean ✓

Comments: _____

_____

Vehicle Electrical System: ✓ High/Low Beams    ✓ Hazard Lights    ✓ Interior Lights    ✓ Turn Signals    ✓ Brake lights    ✓ Parking Lights    ✓ Battery    ✓ Heat/Air

Comments: It's been over 90 days now that the right head Light been out this is a serious concern it needs to be fix, I do work night shift and alot of times it be foggy

Mechanical System:    (engine, transmission, brakes, air bags)

Comments: _____

_____

Emergency Equipment (Check all items contained within the vehicle)

Flashlight ✓  Spare Tire ✓  Jack ___  First Aid Kit ___  Caution Tape ✓  Registration Card ✓

Insurance Card ✓  Vehicle Manual ✓  Accident Report Forms ✗  Traffic Cones ✓

Tire Gauge ·  Disposable Camera ✓

Vehicle Damage Report (identify any existing damage inside or outside of the vehicle)

No New Damages.

Inspecting Officer: Charles Owens

Supervisor: _____



