

## WEISER SECURITY SERVICES, INC.

### SECURITY REPORT

Page _1_ of _____

Name: **Charles Owens**

Post: **Patrol 2**     Address: **G.P.**     Date: **1,4,26**

Shift: _____ AM to **600** AM   **2200** PM to _____ PM

Relieved Officer Name: **Lockwood**     at _____ AM   at _____ PM

**LIST ITEM NUMBER THAT IDENTIFIES CONDITION UNDER ITEM NO. BELOW**

| | | |
|---|---|---|
| 1. Accident | 7. Fire Incident | 13. Janitorial |
| 2. Alarms | 8. Fire Extinguishers | 14. Keys |
| 3. Delivery | 9. Fire Hazard | 15. Leaks |
| 4. Disturbances | 10. Fence | 16. Lights |
| 5. Doors | 11. Gate | 17. Locks |
| 6. Equipment | 12. Injury | 18. Maintenance |

**NUMBER OF KEYS RECEIVED**

| | |
|---|---|
| 19. parking violations | 25. Unlocked/Open |
| 20. Police on Site | 26. Vandalism |
| 21. Post Inspection | 27. Visitors |
| 22. Suspicious Person | 28. Weather Conditions |
| 23. Theft | 29. Windows |
| 24. Trash/Waste | 30. Other |

IS INCIDENT REPORT ATTCHED? YES _____ NO _____

| TIME | LOCATION OF INCIDENT OR CONDITION | ITEM NO. | DETAILS |
|---|---|---|---|
| 2207 | S. Diesel | | Pump not running |
| 2245 | Warehouse 3 | | Secure ; 450 |
| 2247 | Dock 9 | | Secure ; 454 |
| 2303 | Recovery 2/3 | | Secure ; 455 |
| 2304 | Vip Gate | | Secure ; 457 |
| 2306 | Data Process | | Secure ; 458 |
| 2307 | Quality | | Secure ; 459 |
| 2300 | N. Diesel | | Pump not running |
| 2400 | S. Diesel | | Pump not running |
| 100 | N. Diesel | | Pump not running |
| 200 | S. Diesel | | Pump not running |
| 300 | N. Diese | | Pump not running |
| 400 | S. Diesel | | Pump not running |
| 500 | N. Diesel | | Pump not running |
| 600 | Gate 2 | | c/o Owens off duty |
| | | | I am reporting a strong gas odor emanating from two location near the pond and black liquor area, the smell is causing eye and throat irritation, particulary noticeable every night this matter needs to be investigated two different strong odors |

Operation Inspected By: _____
Signed: **Charles Owens**
Comments: _____
WSS-201

Time In: **2200** AM/PM
Time Out: **600** AM/PM   Date **1,4,26**

**WEISER SECURITY SERVICES, INC.**

Page _1_ of _2_

| Name: Charles Owens | Date 11/16/25 | Shift: ___ AM to ___ AM  1500 PM to 0600 PM |
|---|---|---|

| Post: Patrol 2 G.P  Address | Relieved Officer  ___ at ___ AM  Name: ___ at ___ PM |
|---|---|

**LIST ITEM NUMBER THAT IDENTIFIES CONDITION UNDER ITEM NO. BELOW**

NUMBER OF KEYS RECEIVED

| | | | |
|---|---|---|---|
| 1. Accident | 7. Fire Incident | 13. Janitorial | 19. parking violations | 25. Unlocked/Open |
| 2. Alarms | 8. Fire Extinguishers | 14. Keys | 20. Police on Site | 26. Vandalism |
| 3. Delivery | 9. Fire Hazard | 15. Leaks | 21. Post Inspection | 27. Visitors |
| 4. Disturbances | 10. Fence | 16. Lights | 22. Suspicious Person | 28. Weather Conditions |
| 5. Doors | 11. Gate | 17. Locks | 23. Theft | 29. Windows |
| 6. Equipment | 12. Injury | 18. Maintenance | 24. Trash/Waste | 30. Other |

IS INCIDENT REPORT ATTACHED? YES ___ NO ___

| TIME | LOCATION OF INCIDENT OR CONDITION | ITEM NO. | DETAILS |
|---|---|---|---|
| 1500 | Gate 2 | | % Working at Gate 2 % Wilkinson arrived at 2300 % Owens been Patroling |
| 2303 | N. Diesel | | Pump not running |
| 2319 | Warehouse 3 | | Secure, 0211 |
| 2321 | Recovery 2/3 | | Secure, 0213 |
| 2322 | Vip Gate | | Secure, 0214 |
| 2324 | Data Process | | Secure, 0216 |
| 2325 | Quality | | Secure, 0217 |
| 2400 | S. Diesel | | Pump not running |
| 0100 | N. Diesel | | Pump not running |
| 001 | S. Diesel | | Pump not running |
| 002 | N. Diesel | | Pump not running |
| 003 | S. Diesel | | Pump not running |
| 004 | N. Diesel | | Pump not running |
| 005 | S. Diesel | | Pump not running |
| 006 | Gate 2 | | Continue to Do Patrol #2 from 006 to 1000 a 3 hour 1/2 my total hours will be 19 1/2 hours from the 16th to the 17th time ended at 1000 AM |
| 007 | S. Diesel | | |
| 008 | | | |

Operation Inspected By: Charles Owens

Signed ___  N/A

Comments ___

WSS-201

Time In: 1500 AM/PM
Time Out: 0600 AM/PM  Date 11/16/25



**WEISER SECURITY SERVICES, INC.**

**SECURITY REPORT**

Page __1__ of _____

| | | | |
|---|---|---|---|
| Name: | Charles Owens | Date 11/18/25 | Shift: _____ AM to 0600 AM  2300 PM to _____ PM |
| Post: Patrol 2 | Address G.P | | Relieved Officer |

Relieved Officer

Name: _____  at _____ AM  at _____ PM

**LIST ITEM NUMBER THAT IDENTIFIES CONDITION UNDER ITEM NO. BELOW**

**NUMBER OF KEYS RECEIVED**

| | | |
|---|---|---|
| 1. Accident | 7. Fire Incident | 13. Janitorial |
| 2. Alarms | 8. Fire Extinguishers | 14. Keys |
| 3. Delivery | 9. Fire Hazard | 15. Leaks |
| 4. Disturbances | 10. Fence | 16. Lights |
| 5. Doors | 11. Gate | 17. Locks |
| 6. Equipment | 12. Injury | 18. Maintenance |

| | |
|---|---|
| 19. parking violations | 25. Unlocked/Open |
| 20. Police on Site | 26. Vandalism |
| 21. Post Inspection | 27. Visitors |
| 22. Suspicious Person | 28. Weather Conditions |
| 23. Theft | 29. Windows |
| 24. Trash/Waste | 30. Other |

| TIME | LOCATION OF INCIDENT OR CONDITION | ITEM NO. | DETAILS  IS INCIDENT REPORT ATTCHED? YES ___ NO ___ |
|---|---|---|---|
| 2300 | S. Diesel | | Pump not running |
| 2256 | Warehouse 3 | | Secure |
| 2258 | Recovery 2/3 | | Secure |
| 2300 | Vip Gate | | Secure |
| 2301 | Data Process | | Secure |
| 2303 | Quality | | Secure |
| 000 | N. Diesel | | Pump not running |
| 001 | S. Diese | | Pump not running |
| 002 | N. Diesc | | Pump not running |
| 003 | S. Diese | | Pump not running |
| 004 | N. Diesel | | Pump not running |
| 005 | S. Diesel | | |
| 006 | Gate 2 | | S/O Owens off Duty nothing new to report |
| | | | I am writing to inform you that every night I am exposed to potent chemicals, ordors, in high volume throughout the Plant. This exposure cause me extreme headaches, a foul taste of Chemicals on my tongue, and a burning sensatio I believe it necessitates an investigation |

Operation Inspected By:

Signed Charles Owens

Comments N/A

WSS-201

Time In: 2300 AM/PM

Time Out: 0600 AM/PM Date 11/18/25

In this matter Thank you for your understandi

WSS ~ SERVICES, INC.

Page __1__ of _____

| Name: Charles Owens | | Date 11,23,25 | Shift: ____ AM to 0600 AM  2200 PM to ____ PM |
|---|---|---|---|
| Post: Patrol 2 | Address: G.P | Relieved Officer | at ____ AM |
| | | Name: | at ____ PM |

**LIST ITEM NUMBER THAT IDENTIFIES CONDITION UNDER ITEM NO. BELOW**  **NUMBER OF KEYS RECEIVED**

| | | | |
|---|---|---|---|
| 1. Accident | 7. Fire Incident | 13. Janitorial | 19. parking violations | 25. Unlocked/Open |
| 2. Alarms | 8. Fire Extinguishers | 14. Keys | 20. Police on Site | 26. Vandalism |
| 3. Delivery | 9. Fire Hazard | 15. Leaks | 21. Post Inspection | 27. Visitors |
| 4. Disturbances | 10. Fence | 16. Lights | 22. Suspicious Person | 28. Weather Conditions |
| 5. Doors | 11. Gate | 17. Locks | 23. Theft | 29. Windows |
| 6. Equipment | 12. Injury | 18. Maintenance | 24. Trash/Waste | 30. Other |

| TIME | LOCATION OF INCIDENT OR CONDITION | ITEM NO. | DETAILS  IS INCIDENT REPORT ATTACHED? YES ___ NO ___ |
|---|---|---|---|
| 2215 | S. Diesel | | Pump not running |
| 2219 | Warehouse 3 | | Secure, 456 |
| 2229 | Recovery 2/3 | | Secure, 458 |
| 2235 | Quality | | 501, Secure |
| 2233 | Data Process | | Secure, 503 |
| 2300 | N. Diesel | | Pump not running |
| 000 | S. Diesel | | Pump not running |
| 001 | N. Diesel | | Pump not running |
| 002 | S. Diesel | | Pump not running |
| 003 | N. Diesel | | Pump not running |
| 004 | S. Diesel | | Pump not running |
| 005 | N. Diesel | | Pump not running |
| 006 | Gate 2 | | Patrol Truck Clean and full of Gas Also my concern at Warehouse 3 a loud Jet sound was hurting my ears even I have Earbuds on at it, cause me to have a headache someone needs to investigate this problem c/o Owens off duty |

Operation Inspected By:

Signed _Charles Owens_

Comments _____

Time In: 2200 AM/PM  
Time Out: 600 AM/PM  Date 11,23,2_

WSS-201